cuit Court of Appeals for the Ninth Circuit denied. *Mr. Joe Crider, Jr.*, for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. John MacC. Hudson, Sewall Key,* and *S. Dee Hanson* for the United States.

No. 848. CITY NATIONAL BANK ET AL. *v.* FLOOD. April 27, 1936. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Messrs. J. B. Flick* and *H. M. Havner* for petitioners. *Messrs. James C. Davis, A. A. McLaughlin,* and *George E. Hise* for respondent.

No. 855. PEAK *v.* COMMISSIONER OF INTERNAL REVENUE. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Richard S. Doyle, Howard J. Clark,* and *W. W. Ross* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 861. MARYLAND CASUALTY Co. *v.* MOORE, TRUSTEE. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Edward F. McClennen* for petitioner. *Mr. Harold S. Davis* for respondent.

No. 868. SIMON *v.* NEW JERSEY. April 27, 1936. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Edmund M. Toland* and *Wm. E. Leahy* for petitioner. *Messrs. Abe*